PROB 12C
(7/93)

Report Date: November 4, 2015

# United States District Court

for the

Eastern District of Washington

Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Jason J. Obermiller    Case Number: 0980 2:14CR00168-TOR-26

Address of Offender:                     Spokane, Washington  99203

Name of Sentencing Judicial Officer:  The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: June 24, 2015

Original Offense:    Conspiracy to Commit Bank Fraud, 18 U.S.C. §§ 1344 and 1349

Original Sentence:   Prison - 10 months;          Type of Supervision: Supervised Release
                     TSR - 60 months

Asst. U.S. Attorney: George J. C. Jacobs, III      Date Supervision Commenced: July 24, 2015

Defense Attorney:    Federal Defender's Office     Date Supervision Expires: July 23, 2020

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on October 26 and 28, 2015, and ISSUE A WARRANT for the offender's arrest.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 6 | **Mandatory Condition # 4**: The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer. |
| | **Supporting Evidence**: On November 4, 2015, the undersigned officer received a phone call from Mr. Obermiller in which he admitted to relapsing 2 days prior. Mr. Obermiller stated he did not notify the undersigned officer of the relapse previously, as he was ashamed. |
| 7 | **Standard Condition # 2**: The defendant shall report to the probation officer in a manner and a frequency directed by the Court or probation officer. |
| | **Supporting Evidence**: On November 3, 2015, the undersigned officer contacted a friend of Mr. Obermiller's, and requested that she pass along a message directing him to report to the United States Probation Office on that date, and to contact the undersigned officer telephonically. Mr. Obermiller did not report on the date indicated, and at no point did he leave a message for the undersigned officer. On November 4, 2015, the undersigned officer was able to verify with the contact person that she had passed along the message to Mr. Obermiller the previous day. The undersigned officer again requested she have Mr. |

Obermiller contact the undersigned officer. He returned the undersigned officer's phone call several minutes later, and when confronted on his failure to report or call as directed, he stated he did not know why he did not report other than to state that he "did not know what was going on," and that he had relapsed 2 days ago and was really "stressed."

8     **Standard Condition # 3**: The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.

**Supporting Evidence**: On October 28, 2015, the undersigned officer directed Mr. Obermiller to contact New Vision Drug and Alcohol Center to complete a telephonic intake, to assist in facilitating his placement in their detox program. On November 2, 2015, the undersigned officer received notification from Alcohol Drug Education Prevention and Treatment (ADEPT) staff, who was coordinating the placement for New Vision Drug and Alcohol Center, that Mr. Obermiller did not complete the intake process as previously directed.

The U.S. Probation Office respectfully recommends the Court **issue a warrant** and incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on October 26 and 28, 2015.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    November 4, 2015

s/ Chris Heinen

Chris Heinen
U.S. Probation Officer

THE COURT ORDERS
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Thomas O. Rice

Signature of Judicial Officer

November 4, 2015

Date