PROB 12C
(6/16)

Report Date: July 11, 2016

# United States District Court

for the

## Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Jason J. Obermiller | Case Number: 0980 2:14CR00168-TOR-26 |

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Thomas O. Rice, Chief U.S. District Judge

Date of Original Sentence: June 24, 2015

| | | |
|---|---|---|
| Original Offense: | Conspiracy to Commit Bank Fraud, 18 U.S.C. §§ 1344 and 1349 | |
| Original Sentence: | Prison - 10 months<br>TSR - 60 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | George J. C. Jacobs, III | Date Supervision Commenced: July 24, 2015 |
| Defense Attorney: | John Stephen Roberts, Jr. | Date Supervision Expires: July 23, 2020 |

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on October 26, 28, and November 4, 2015, and **ISSUE A WARRANT** for the offender's arrest.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 9 | **Standard Condition # 3**: The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.<br><br>**Supporting Evidence**: On July 7, 2016, Mr. Jason Obermiller reported to U.S. Probation after being unsuccessfully discharged from the Sobriety Treatment and Education Program (STEP) offered by U.S. Probation.  Mr. Obermiller was directed to report back to the U.S. Probation Office on July 8, 2016, at 8:00 a.m. sharp.  Mr. Obermiller reported to U.S. Probation at 10:30 a.m. and indicated he had been at both the doctor and at a job site waiting for supplies.  Mr. Obermiller indicated he had been unable to provide notification to the undersigned officer, as he did not have the undersigned officer's phone number nor the number for the main office.  Mr. Obermiller made no mention of either potential conflict when provided with the directive on July 7, 2016. |
| 10 | **Special Condition # 16**: You shall abstain from the use of illegal controlled substances, and shall submit to testing (which may include urinalysis or sweat patch), as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances. |

Prob12C
**Re: Obermiller, Jason J.**
**July 11, 2016**
Page 2

**Supporting Evidence**: On July 7, 2016, Mr. Jason Obermiller reported to U.S. Probation after being unsuccessfully discharged from STEP. Mr. Obermiller signed in at the U.S. Probation office at 3:00 p.m., and was afforded numerous opportunities to provide a urine sample for testing; however, Mr. Obermiller was unable to provide a sample as directed prior to the office closing at 5:00 p.m.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   July 11, 2016

s/ Chris Heinen

Chris Heinen
U.S. Probation Officer

THE COURT ORDERS

[  ]   No Action
[XX]  The Issuance of a Warrant
[  ]   The Issuance of a Summons
[  ]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[  ]   Defendant to appear before the Judge assigned to the case.
[  ]   Defendant to appear before the Magistrate Judge.
[  ]   Other

Thomas O. Rice

Signature of Judicial Officer
July 11, 2016

Date