PROB 12C
(6/16)

Report Date: July 14, 2016

# United States District Court

for the

## Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Jason J. Obermiller                                    Case Number: 0980 2:14CR00168-TOR-26

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Thomas O. Rice, Chief U.S. District Judge

Date of Original Sentence: June 24, 2015

| | | |
|---|---|---|
| Original Offense: | Conspiracy to Commit Bank Fraud, 18 U.S.C. §§ 1344 and 1349 | |
| Original Sentence: | Prison - 10 months; TSR - 60 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | George J. C. Jacobs, III | Date Supervision Commenced: July 24, 2015 |
| Defense Attorney: | John Stephen Roberts, Jr. | Date Supervision Expires: July 23, 2020 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 10/26/2015, 10/28/2015, 11/04/2015, and 7/11/2016.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 11 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime. |
| | **Supporting Evidence**: On July 10, 2016, the U.S. Probation Office in Spokane received notification that Mr. Obermiller's name had been run by the Spokane Police Department. The police report, in reference to this contact, was requested and received by the U.S. Probation Office on July 13, 2016.  According to the report, and the attached citation, on July 10, 2016, Mr. Obermiller was pulled over while driving Eastbound on West Gardner. Mr. Obermiller  identified himself to the investigating officer with a Washington State driver's license. |
| | A check through the Washington State Department of Licensing revealed that the client's driving privileges were suspended in the 1st degree and that he was required to have an ignition interlock device installed in the vehicle. Mr. Obermiller was cited as a result of the contact for: First Degree Driving While License Suspended, in violation of R.C.W. 46.20.342.1A, a Gross Misdemeanor; for Operating a Vehicle Without Ignition Interlock, in violation of R.C.W. 46.20.740, a Gross Misdemeanor; for failing to transfer title within 45 days, and for having a defective license plate light. The citation indicates that a |

Prob12C
Re: Obermiller, Jason J
July 14, 2016
Page 2

mandatory court appearance is required as a result of the alleged behavior, and is currently scheduled for July 20, 2016, at 1330 hours.

12    **Mandatory Condition # 4**: The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer.

**Supporting Evidence**: On July 8, 2016, Mr. Obermiller submitted to a urinalysis test at U.S. Probation as directed by the undersigned officer. The sample provided by Mr. Obermiller was presumptive positive for both methamphetamine and opiates. Mr. Obermiller denied any illicit use and signed a drug use admission form denying any new illicit drug use since his last reported use of heroin on or about July 2, 2016. On July 13, 2016, The U.S. Probation Office received confirmation from Alere Toxicology that the sample provided by Mr. Obermiller at U.S. Probation on July 8, 2016, was confirmed positive for both methamphetamine and morphine.

13    **Standard Condition # 3**: The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.

**Supporting Evidence**: On July 8, 2016, during his report to U.S. Probation, Mr. Obermiller was directed to report back to U.S. Probation on Monday (7/11/2016) at 1100 hours. Mr. Obermiller failed to report as directed. At Approximately 1400 hours the undersigned officer received a phone call from Mr. Obermiller's chemical dependency counselor who indicated that she was present with Mr. Obermiller. Mr. Obermiller was confronted on his failure to report as directed and he apologized stating that he had forgotten to put the appointment in his calendar. He agreed to report to U.S. Probation prior to 1630 hours this date; however, again failed to report as directed and the undersigned officer received a voice mail from Mr. Obermiller at 1700 hours again apologizing and stating that he would call the undersigned officer tomorrow (7/12/2016). The undersigned officer has not heard from or seen Mr. Obermiller since his voice mail on July 11, 2016, and his current compliance with his terms of supervised release as ordered by the Court is unknown.

14    **Standard Condition # 11**: The defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer.

**Supporting Evidence**: According to police reports, Mr. Obermiller was cited by the Spokane Police Department on July 10, 2016, at 2332 hours for: First Degree Driving While License Suspended, in violation of R.C.W. 46.20.342.1A, a Gross Misdemeanor; for Operating a Vehicle Without Ignition Interlock, in violation of R.C.W. 46.20.740, a Gross Misdemeanor; for failing to transfer title within 45 days and for having a defective license plate light. Mr. Obermiller has failed to notify the U.S. Probation Office of this contact as required by his conditions.

Prob12C

Re: Obermiller, Jason J
July 14, 2016
Page 3

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   July 14, 2016

s/ Chris Heinen

Chris Heinen
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Thomas O. Rice

Signature of Judicial Officer

July 15, 2016

Date