PROB 12C
(6/16)

Report Date: September 15, 2016

# United States District Court

### for the

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Jason J. Obermiller                Case Number: 0980 2:14CR00168-TOR-26

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Thomas O. Rice, Chief U.S. District Judge

Date of Original Sentence: June 24, 2015

| | | |
|---|---|---|
| Original Offense: | Conspiracy to Commit Bank Fraud, 18 U.S.C. §§ 1344 and 1349 | |
| Original Sentence: | Prison - 10 months; TSR - 60 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | George J. C. Jacobs, III | Date Supervision Commenced: July 24, 2015 |
| Defense Attorney: | John Stephen Roberts, Jr. | Date Supervision Expires: July 23, 2020 |

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 10/26/2015, 10/28/2015, 11/04/2015, 07/11/2016, and 07/14/2016.

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number    Nature of Noncompliance

15    **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime.

**Supporting Evidence**: On September 12, 2016, the U.S. Probation Office in Spokane received an automated notification, indicating that Mr. Obermiller's name had been ran by the Spokane County Sheriff's Office.  A police report was requested, and on September 13, 2016, a police report articulating paramedic's response to a "dead on arrival" call for a 2-year-old child was received by U.S. Probation.

On September 14, 2016, a warrant was issued for the arrest of Mr. Obermiller and on September 15, 2016, a criminal complaint and a statement of investigating officer affidavit of facts was received by U.S. Probation. The aforementioned documentation charges Mr. Jason J. Obermiller with Murder in the Second Degree, in violation of RCW 9A.32.050(1)(A)-F. Murder in the Second Degree is a Class A Felony. Mr. Obermiller remains a fugitive from justice at this time.

Prob12C
**Re: Obermiller, Jason J**
**September 15, 2016**
**Page 2**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  9/15/2016

s/ Chris Heinen

Chris Heinen
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Signature of Judicial Officer

September 15, 2016

Date