PROB 12C
(6/16)

Report Date: September 29, 2016

# United States District Court

for the

## Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Jason J. Obermiller | Case Number: 0980 2:14CR00168-TOR-26 |

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Thomas O. Rice, Chief U.S. District Judge

Date of Original Sentence: June 24, 2015

| | | |
|---|---|---|
| Original Offense: | Conspiracy to Commit Bank Fraud, 18 U.S.C. §§ 1344 and 1349 | |
| Original Sentence: | Prison - 10 months; TSR - 60 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | George J. C. Jacobs, III | Date Supervision Commenced: July 24, 2015 |
| Defense Attorney: | John Stephen Roberts, Jr. | Date Supervision Expires: Absconder |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 10/26/2015, 10/28/2015, 11/04/2015, 07/11/2016, 07/14/2016 and 9/15/2016.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 16 | **Standard Condition # 1**: The defendant shall not leave the judicial district without the permission of the court or probation officer. |
| | **Supporting Evidence**: On September 20, 2016, Mr. Jason Obermiller was arrested in Worley, Idaho. At no time had he been given permission to travel to the District of Idaho by the undersigned officer. |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   September 29, 2016

s/ Chris Heinen

Chris Heinen
U.S. Probation Officer

Prob12C
**Re: Obermiller, Jason J**
**September 29, 2016**
**Page 2**

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

_Thomas O. Rice_
Signature of Judicial Officer

September 29, 2016
Date